# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: Heartland Payment Systems, Inc.<br>Customer Data Security Breach Litigation | § § § § § | |
| | § | MDL No. 2046 |
| This filing relates to:<br>FINANCIAL INSTITUTION TRACK<br>LITIGATION | § § § § | |
| LONESTAR NATIONAL BANK, N.A.,<br>*et al.*, | § § § § | |
| Plaintiffs, | § § | Civil Action No. H-10-171 |
| v. | § § | |
| HEARTLAND BANK and KEYBANK, N.A., | § § § | |
| Defendants. | § | |

## ORDER OF TRANSFER

Based on the parties' agreement, the claims against Heartland Bank are severed and transferred to the Federal District Court for the Eastern District of Missouri.

SIGNED on April 18, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge